**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ROBERT JOWITT,                                      ) Case No. EDCV 15-0390-JPR
                                       )
                Plaintiff,       ) **JUDGMENT**
                                       )
          v.                            )
                                       )
CAROLYN W. COLVIN, Acting      )
Commissioner of Social         )
Security,                      )
                                       )
                Defendant.       )
_____ )

    For the reasons set forth in the accompanying Memorandum
Opinion and Order, it is hereby ADJUDGED that (1) Plaintiff's
request for an order reversing the Commissioner's decision is
DENIED; (2) the Commissioner's request for an order affirming the
Commissioner's final decision and dismissing the action is
GRANTED; and (3) judgment is entered in the Commissioner's favor.


DATED: <u>June 21, 2016</u>       **JEAN ROSENBLUTH** _____
                               JEAN ROSENBLUTH
                               U.S. Magistrate Judge